# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG S.A., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| RIOT GAMES, INC., | § § § | CIVIL ACTION NO. 2:17-CV-00275-JRG (LEAD CASE) |
| NEXON AMERICA INC., | § § § | CIVIL ACTION NO. 2:17-CV-00276-JRG (MEMBER CASE) |
| SQUARE ENIX, LLC, | § § § | CIVIL ACTION NO. 2:17-CV-00302-JRG (MEMBER CASE) |
| *Defendants*. | § | |

## ORDER

Before the Court is Uniloc USA, Inc. and Uniloc Luxembourg S.A.'s (collectively, "Uniloc") Notice of Voluntary Dismissal of the Case as Moot (the "Notice"). (Dkt. No. 157.) In the same, Uniloc dismisses the above-captioned actions pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (*Id*. at 2.) Rule 41 gives a plaintiff the unilateral power to dismiss a case without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. The dismissal is operative as of the time such notice is filed. Since no answer or summary judgment has been filed in this case, Uniloc, properly dismissed the above-captioned cases as moot and without prejudice with the filing of such Notice. In view of such dismissal, the Clerk of Court is directed to **CLOSE** the above-captioned cases.

**So ORDERED and SIGNED this 17th day of December, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE